IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| RUSSELL CARTER,<br><br>　　　　Plaintiff,<br><br>v.<br><br>JOHN WILCHER, in his official capacity as Sheriff of Chatham County, Georgia; CORIZON HEALTH, INC.; JOSEPH MOYSE, MD; LINDSEY JACKSON, DDS; MARY BROWNE, LPN; K. HARRIS, LPN; SHEVON CAMPBELL, LPN; V. ALLEN, LPN; R. LEWIS, RN; M. WHITE, LPN; and ANGELA JACKSON, LPN,<br><br>　　　　Defendants. | **CIVIL FILE ACTION NUMBER:**<br><br>**4:16-CV-00084-WTM-GRS** |

**DEFENDANT LINDSEY JACKSON, JR., DMD's DISCLOSURE STATEMENT
UNDER S.D. Ga. LR 7.1.1**

The undersigned, counsel of record for Defendant Lindsey Jackson, Jr., DMD, certifies that the following is a full and complete list of the parties of this action:

| **Name** | **Relationship** |
|---|---|
| Russell Carter, Individually | Plaintiff |
| John Wilcher, Sheriff | Defendant |
| Corizon Health, Inc. | Defendant |
| Joseph Moyse, MD, | Defendant |
| Lindsey Jackson, DDS, | Defendant |
| Mary Browne, LPN | Defendant |
| K. Harris, LPN | Defendant |

- 2 -

| | |
|---|---|
| Shevon Campbell, LPN | Defendant |
| V. Allen, LPN | Defendant |
| R. Lewis, RN | Defendant |
| R. White, LPN | Defendant |
| Angela Jackson, LPN | Defendant |

The undersigned further certifies that the following is a full and complete list of other persons, firms, partnerships, corporation, or organization that have a final interest in, or another interest which could be substantially affected by, the outcome of this case (including a relationship as a parent or holding company or any publicly-held corporation that holds 10% or more of a party's stock):

**Name**                                            **Relationship**

Intercare Insurance Services, Inc.                  Professional Liability Insurer for
For National Union Fire Insurance Company           Lindsey Jackson, Jr., DMD
of Pittsburgh, PA
P.O. Box 52810
Bellevue, Washington 98015

This 8th day of June, 2016.

                                    Hall Booth Smith, P.C.

                                    */s/ Beth Boone*
                                    BETH BOONE
                                    Georgia Bar No. 130300
                                    STEVEN P. BRISTOL
                                    Georgia Bar. No. 083135
                                    *Counsel for Defendant Lindsey Jackson, Jr., DMD*

3528 Darien Highway, Suite 300
Brunswick, Georgia 31525
PH:   (912) 554-0093
Fax:  (912) 554-1973
bboone@hallboothsmith.com
sbristol@hallboothsmith.com

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| RUSSELL CARTER,<br><br>        Plaintiff,<br><br>v.<br><br>JOHN WILCHER, in his official capacity as Sheriff of Chatham County, Georgia; CORIZON HEALTH, INC.; JOSEPH MOYSE, MD; LINDSEY JACKSON, DDS; MARY BROWNE, LPN; K. HARRIS, LPN; SHEVON CAMPBELL, LPN; V. ALLEN, LPN; R. LEWIS, RN; M. WHITE, LPN; and ANGELA JACKSON, LPN,<br><br>        Defendants. | CIVIL FILE ACTION NUMBER:<br><br>4:16-CV-00084-WTM-GRS |

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing **DEFENDANT LINDSEY JACKSON, JR., DMD's DISCLOSURE STATEMENT UNDER S.D. Ga. LR 7.1.1** with the Clerk of Court for the Southern District of Georgia by using the CM/ECF system which will send notification of such filing to the following::

William R. Claiborne, Esq.
THE CLAIBORNE FIRM, P.C.
410 East Bay Street
Savannah, Georgia 31401
will@claibornefirm.com

David J. Utter, Esq.
S. Wesley Woolf, Esq.
S. WESLEY WOOLF, P.C.
408 East Bay Street
Savannah, Georgia 31401
utter@woolflawfirm.net

- 4 -

This 8th day of June, 2016.

                                                  Hall Booth Smith, P.C.

                                                  */s/ Beth Boone*
                                                  BETH BOONE
                                                  Georgia Bar No. 130300
                                                  *Counsel for Defendant Lindsey Jackson, Jr., DMD*

3528 Darien Highway, Suite 300
Brunswick, Georgia 31525
PH:    (912) 554-0093
Fax:   (912) 554-1973
bboone@hallboothsmith.com