# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| RUSSELL CARTER, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Case No. CV416-084 |
| ) | |
| JOHN WILCHER et al., ) | |
| ) | |
| Defendants. ) | |

## SCHEDULING ORDER

Pursuant to Federal Rule of Civil Procedure 16(b) and the Local Rules of this Court, and after considering the parties' Rule 26(f) report, the Court imposes the following deadlines in the above styled case:

| | |
|---|---|
| DATE ISSUE JOINED | 07/15/2016 |
| DATE OF RULE 26(f) CONFERENCE | 07/06/2016 |
| LAST DAY FOR FILING MOTIONS TO AMEND or ADD PARTIES | 09/13/2016 |
| PLAINTIFFS' EXPERT REPORTS AND DISCLOSURES | 11/04/2016 |
| DEFENDANTS' EXPERT REPORTS AND DISCLOSURES | 12/05/2016 |
| JOINT STATUS REPORT DUE | 01/09/2017 |
| CLOSE OF FACTUAL DISCOVERY | 12/05/2016 |
| CLOSE OF EXPERT DISCOVERY | 02/03/2017 |

LAST DAY FOR FILING CIVIL MOTIONS,
**INCLUDING *DAUBERT* MOTIONS but**
**EXCLUDING MOTIONS IN LIMINE**                                    03/20/2017

Motions in limine shall be filed no later than 5 days prior to the pre-trial conference.

All motions, other than summary judgment motions and motions to dismiss, shall be accompanied with a proposed order.

**SO ORDERED** this /st day of August, 2016.

_____
**UNITED STATES MAGISTRATE JUDGE**
**SOUTHERN DISTRICT OF GEORGIA**