UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| RUSSELL CARTER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) C/A No.: 4:16-cv-084-WTM-GRS |
| | ) |
| JOHN WILCHER, in his official capacity | ) |
| as Sheriff of Chatham County, Georgia | ) |
| CORIZON HEALTH, INC.; | ) JURY TRIAL DEMANDED |
| JOSEPH MOYSE, MD; | ) |
| LINDSEY JACKSON, DDS | ) |
| MARY BROWNE, LPN; | ) |
| K. HARRIS, LPN; | ) |
| SHEVON CAMPBELL, LPN; | ) |
| V. ALLEN, LPN; | ) |
| R. LEWIS, RN; | ) |
| M. WHITE, LPN; and, | ) |
| ANGELA JACKSON, LPN, | ) |
| | ) |
| Defendants. | ) |

## MODIFED SCHEDULING ORDER

Pursuant to Federal Rule of Civil Procedure 16(b) and the Local Rules of this Court, and after considering the parties' Joint Motion to Extend Discovery, the Court imposes the following modified deadlines in the above styled case:

| | |
|---|---|
| PLAINTIFF'S EXPERT REPORTS AND DISCLOSURES | 02/02/2017 |
| DEFENDANTS' EXPERT REPORTS AND DISCLOSURES | 03/06/2017 |
| JOINT STATUS REPORT DUE | 04/10/2017 |
| CLOSE OF FACTUAL DISCOVERY | 03/06/2017 |
| CLOSE OF EXPERT DISCOVERY | 05/04/2017 |

LAST DAY FOR FILING CIVIL MOTIONS
INCLUDING DAUBERT MOTIONS but
EXCLUDING MOTIONS IN LIMINE                              06/19/2017

Motions in limine shall be filed no later than 5 days prior to the pre-trial conference. All motions, other than summary judgment motions and motions to dismiss, shall be accompanied with a proposed order.

SO ORDERED this 2nd day of November, 2016.

UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA