IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

RUSSELL CARTER,                          )
                                         )
    Plaintiff,                           )
                                         )
v.                                       )
                                         )   CASE NO. CV416-084
JOHN WILCHER, in his official            )
capacity as Sheriff of                   )
Chatham County, Georgia;                 )
CORIZON HEALTH, INC; JOSEPH              )
MOYSE, MD; LINDSEY JACKSON,              )
DDS; MARY BROWNE, LPN; K.                )
HARRIS, LPN; SHEVON CAMPBELL,            )
LPN; V. ALLEN, LPN; M. WHITE,            )
LPN; ANGELA JACKSON, LPN; and            )
R. LEWIS, RN;                            )
                                         )
    Defendants.                          )
                                         )

## **O R D E R**

Before the Court is Defendant Joseph Moyse's Motion to Dismiss Plaintiff's Complaint. (Doc. 33.) Defendant Moyse alleged that he had not been properly served by Plaintiff and that the Complaint should be dismissed for lack of personal jurisdiction. (Doc. 33, Attach. 1 at 3.) Defendant Moyse has since been properly served (Doc. 46), acknowledged that service (Doc. 48), filed a Notice of Withdrawal of Motion to Dismiss (Doc. 49), and answered the Complaint (Doc. 57). As Defendant Moyse no longer objects to the service or this Court's exercise of personal

jurisdiction over him, Defendant's Motion to Dismiss (Doc. 33) is **DISMISSED AS MOOT**.

SO ORDERED this 15th day of December 2016.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA