UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| RUSSELL CARTER, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | C/A No.: 4:16-CV-084-WTM-GRS |
| JOHN WILCHER, in his official capacity as Sheriff of Chatham County, Georgia CORIZON HEALTH, INC.; JOSEPH MOYSE, MD; LINDSEY JACKSON, DDS MARY BROWNE, LPN; K. HARRIS, LPN; SHEVON CAMPBELL, LPN; V. ALLEN, LPN; R. LEWIS, RN; M. WHITE, LPN; and, ANGELA JACKSON, LPN, | ) | |
| Defendants. | ) | |

## ORDER

Pursuant to Rule 7.1(b) of this Court, the Court having reviewed Plaintiff's Motion for Leave to Withdraw Motion to Add Party Defendants Chatham County, Georgia, and Al Scott as Chair of the Board of Commissioners, Chatham County, Georgia,

Said Motion for Leave to Withdraw Motion is hereby GRANTED, and Plaintiff's Motion to Add Party Defendants Chatham County and Al Scott as Chair of the Board of Commissioners of Chatham County, Georgia (doc. 75) is hereby WITHDRAWN.

SO ORDERED this 8TH day of March, 2017.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA