# IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF GEORGIA SAVANNAH DIVISION

RUSSELL CARTER, )
                               )
    Plaintiff,        )
                               )
v.                                 )
                               )    CASE NO. CV416-084
JOHN WILCHER, in his official )
capacity as Sheriff of )
Chatham County, Georgia; )
CORIZON HEALTH, INC; JOSEPH )
MOYSE, MD; LINDSEY JACKSON, )
DDS; MARY BROWNE, LPN; K. )
HARRIS, LPN; SHEVON CAMPBELL, )
LPN; V. ALLEN, LPN; M. WHITE, )
LPN; ANGELA JACKSON, LPN; and )
R. LEWIS, RN; )
                               )
    Defendants.       )
                               )

## O R D E R

Before the Court are the Parties' Stipulation to Dismiss With Prejudice Defendant Joseph Moyse, MD (Doc. 73); Stipulation to Dismiss With Prejudice Defendants Lindsey Jackson, Jr., DMD, and Sheriff John Wilcher (Doc. 83); and Stipulation to Dismiss with Prejudice Defendants Mary Browne, LPN, Kamika Harris Nee Shivers, LPN, Shevon Campbell, LPN, Victoria Allen Nee Neisler, LPN, Russell Lewis, RN, Marquita White, LPN, and Angela Jackson LPN (Doc. 86). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), an action may be dismissed pursuant to "a stipulation of dismissal signed by all parties who have

appeared."[1] As requested by the parties, those Defendants are **DISMISSED WITH PREJUDICE**. The Clerk is **DIRECTED** to amend the caption accordingly.

SO ORDERED this 20th day of April 2017.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

---

[1] Fed. R. Civ. Pro 41(a)(1)(A)(i) allows a plaintiff to dismiss an action "against one defendant without dismissing the entire action." Fratelli Cosulich Unipessoal, S.A. v. Specialty Fuels Bunkering, LLC, 2014 WL 2611547, at *3 (S.D. Ala. June 11, 2014) (citing Klay v. United Healthgroup, Inc., 376 F.3d 1092, 1106 (11th Cir. 2004)).