UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

RUSSELL CARTER,            )
                           )
         PLAINTIFF,        )
                           )
v.                         )
                           )  C/A No.: 4:16-CV-00084-WTM-GRS
JOHN WILCHER, in his official )
capacity as CHATHAM COUNTY )
SHERIFF, et al.            )
                           )
         DEFENDANTS.       )

## ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL

Having read and considered the Motion to Withdraw as Counsel filed by Plaintiff, it is hereby ORDERED that the Motion be GRANTED. The Clerk is directed to terminate Cameron C. Kuhlman as counsel of record for Plaintiff.

SO ORDERED this 1st day of June, 2017.

_____
The Honorable G.R. Smith
United States District Court
Southern District of Georgia

Order prepared by:
Cameron C. Kuhlman
DUFFY & FEEMSTER
236 E Oglethorpe Ave
Savannah, Georgia 31401
(912) 236-6311 Telephone
(912) 236-6423 Facsimile
cck@duffyfeemster.com