# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | | |
|---|---|---|
| RUSSELL CARTER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION FILE NO.: |
| | ) | 4:16-CV-00084-WTM-GRS |
| JOHN WILCHER, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## STIPULATION TO DISMISS WITH PREJUDICE DEFENDANTCORIZON HEALTH, INC.

COME NOW all remaining Parties and pursuant to Fed. R. Civ. P. 41(a), hereby stipulate to entry of an Order dismissing with prejudice all claims and causes of action alleged in this action against Defendant Corizon Health, Inc. showing as follows:

1.

Plaintiff filed this action against a number of Defendants for injuries allegedly occurring to Plaintiff Russell Carter at the Chatham County Detention Center during his detention from December 2014 to March 2015.

2.

On April 20, 2017, this Honorable Court entered an Order pursuant to joint stipulation dismissing with prejudice all Defendants except Corizon Health, Inc.

3.

Plaintiff desires to dismiss the remaining Defendant, Corizon Health, Inc. from this case **with prejudice**.

4.

Defendant Corizon Health, Inc. is the only remaining defendant in this litigation and consents to dismissal with prejudice from this action.  Plaintiff and Defendant Corizon Health, Inc. agree to bear their own costs and attorney's fees stemming from this litigation.  A proposed Order is attached to this stipulation.

5.

There are no claims against any defendant remaining in this litigation.  This stipulation consents to the dismissal with prejudice of all of Plaintiff's claims and causes of action in this litigation.

WHEREFORE the Parties hereby stipulate to entry of an Order dismissing with prejudice all claims and causes of action alleged in this action against Defendant Corizon Health, Inc.

Respectfully submitted, this 13th day of June, 2017.

        THE CLAIBORNE FIRM, P.C.

        /s/ William R. Claiborne
        WILLIAM R. CLAIBORNE
        Georgia Bar Number: 126363
        *Attorney for Plaintiff*

410 East Bay Street
Savannah, Georgia 31401
(912) 236-9559 Telephone
(912) 236-1884 Facsimile
will@claibornefirm.com

        WOOLF LAW, P.C.

        /s/ David J. Utter
        DAVID J. UTTER
        Georgia Bar No. 723144
        S. WESLEY WOOLF
        Georgia Bar No. 776175
        *Attorneys for Plaintiff*

410 East Bay Street
Savannah, Georgia 31401
(912) 201-3696 Telephone
(912) 236-1884 Facsimile
woolf@woolflawfirm.net
utter@woolflawfirm.net

                    CARLOCK, COPELAND & STAIR, LLP

                    /s/ Thomas S. Carlock
                    THOMAS S. CARLOCK
                    Georgia Bar No.: 110200
                    ERIC J. FRISCH
                    Georgia Bar No.: 261683
                    *Attorneys for Defendant Corizon Health, Inc.*

191 Peachtree Street, NE
Suite 3600
Atlanta, Georgia 30303
P.O. Box 56887
Atlanta, GA 30343-0887
Telephone (404) 522-8220
tcarlock@carlockcopeland.com
eward@carlockcopeland.com

Page 3 of 3
Russell Carter v. John Wilcher, et al.
Civil Action Number: 4:16-CV-00084-WTM-GRS

6008584v.1