IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

RUSSELL CARTER,

    Plaintiff,

v.                                     CASE NO. CV416-084

CORIZON HEALTH, INC;

    Defendant.

## O R D E R

Before the Court is the Parties' Stipulation to Dismiss With Prejudice Defendant Corizon Health, Inc. (Doc. 92). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), an action may be dismissed pursuant to "a stipulation of dismissal signed by all parties who have appeared." As requested by the parties, Defendant Corizon Health, LLC is **DISMISSED WITH PREJUDICE**. Because all claims have been dismissed, the Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 30th day of June 2017.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA